FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

2003 JAN -7 A 10: 42

| | |
|---|---|
| JASON DIALS<br>109 Quarry Street<br>Beckley, WV 25801 | *<br>*   CIVIL ACTION NO<br>    CCB 01CV2111 |
| And | * |
| DANIELLE DIALS<br>109 Quarry Street<br>Beckley, WV 25801 | *<br>*<br>* |
| Plaintiffs | * |
| vs. | * |
| | * |
| THE BIG EVENT COMPANY, INC.<br>RR 5 Box 970<br>Smithpond RD<br>Honesdale, PA 18431 | *<br>*<br>* |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss this action with prejudice.

Respectfully submitted,

_____
Jeffrey S. Goldstein
Jeffrey S. Goldstein, P.A.,
222 Blaustein Building
1 North Charles Street
Baltimore, Maryland 21201
410-539-2222
Counsel for Plaintiffs

Approved
C.C. Blake
USDJ
1/07/03

LAW OFFICES
**JEFFREY S. GOLDSTEIN, P.A.**
A PROFESSIONAL ASSOCIATION
222 BLAUSTEIN BUILDING
ONE NORTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3710

TELEPHONE: (410) 539-2222
FACSIMILE: (410) 539-8157

JEFFREY S. GOLDSTEIN*

BERTRAM M. GOLDSTEIN, P.A.††
OF COUNSEL

ROBIN FRAZIER KANDEL

*ALSO ADMITTED IN CA
††ALSO ADMITTED IN HAWAII

January 3, 2003

Clerk, United States District Court
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    RE:    Dials v. Big Event Co., Inc.
             Case No. CCB 01 CV 2111

Dear Sir/Madam:

    Enclosed please find an original and three copies of a signed Notice of Dismissal in this matter. Kindly file and return a copy to our office in the self-addressed stamped envelope enclosed for your convenience.

    Thank you for your kind cooperation.

                              Very truly yours,

                              Jeffrey S. Goldstein

JSG/glc

Enclosure